| | | | |
|---|---|---|---|
| State v. Finney<br><br>Case below:<br>175 N.C. App. 795 | No. 093PA06 | 1. AG's Motion for Temporary Stay (COA05-850) | 1. Allowed 02/23/06 Stay Dissolved 05/03/07 |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied 05/03/07 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. Allowed for the limited purpose of remanding this case to the Court of Appeals for consideration in light of the deceisions of this Court in *State v. Blackwell*, 361 N.C. 41, and *State v. Hurt*, 361 N.C. 325, —— S.E.2d ——, (2007) |
| State v. Garibay<br><br>Case below:<br>177 N.C. App. 463 | No. 301P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-444) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed 05/03/07 |
| | | 3. Def's PDR Under N.C.G.S. 7A-31 | 3. Denied 05/03/07 |
| State v. Gillespie<br><br>Case below:<br>180 N.C. App. 514 | No. 002P07 | 1. AG's Motion for Temporary Stay (COA05-1182) | 1. Allowed 01/08/07 Stay Dissolved **361 N.C. 223** |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Allowed 05/03/07 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. Allowed 05/03/07 |